MARALLE MESSRELIAN (SBN 316974)
maralle@mmlawapc.com
MM LAW, APC
500 N. Brand Blvd., Suite 2000
Glendale, CA 91203
Telephone (818) 810-7747
Facsimile (818) 230-9018

Attorneys for Plaintiff,
JUANA MARTINEZ CAZARES, and all others similarly situated

TODD B. SCHERWIN (SBN 239848)
tscherwin@fisherphillips.com
DREW M. TATE (SBN 312219)
dtate@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
CUSTOM BUILDING PRODUCTS, LLC

UNITED STATES DISTRICT COURT **JS-6**

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA MARTINEZ CAZARES, on behalf of herself and all others similarly situated, and the general public, and as an "Aggrieved Employee" on behalf of other "Aggrieved Employees" under the Private Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM BUILDING PRODUCTS, LLC, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:25−cv−10422−FMO−MAA<br><br>*[Removed from State Court Case No. 25STCV27825]*<br><br>**ORDER GRANTING JOINT STIPULATION [23] FOR REMAND**<br><br>Complaint Filed: September 22, 2025<br>Removal Date: October 29, 2025<br>Trial Date: Not Set |

On August 25, 2026, the Parties filed their Joint Stipulation for Remand. Having considered the Stipulation, and finding GOOD CAUSE therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is remanded to the Superior Court of California, County of Los Angeles, Case No. 25STCV27825;
2. The September 21, 2026 deadline for Plaintiff to file a Motion for Class Certification and Preliminary Approval of Class Action Settlement Agreement, and all remaining dates, deadlines, and requirements set forth in the Court's July 27, 2026 Order Re: Notice of Settlement and Requirements Re: Preliminary Approval [ECF No. 22], are vacated;
3. The Clerk of the Court is ordered to give notice of the remand to the Superior Court of California, County of Los Angeles; and
4. Each Party shall bear their own attorneys' fees and costs incurred in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: August 26, 2026

/s/
Honorable Fernando M. Olguin
United States District Judge